# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH L. BURNISTINE; and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION FILE NO. ) ) 1:11-cv-01993-AT |
| INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC. | ) ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF
## <u>DISMISSAL WITH PREJUDICE</u>

COME NOW, Sarah L. Burnistine and Inland Fresh Seafood Corporation of American, Inc., through undersigned counsel, and hereby dismiss this action with prejudice.

SO STIPULATED this 6th day of September, 2011

Respectfully submitted,

/s/ Jeff Kerr
Ga. Bar No. 634260

/s/ John Mays
Ga. Bar No. 986574

Mays & Kerr LLC
260 Peachtree Street NW

1

        Suite 2200
        Atlanta, GA 30303
        Telephone: 404-527-6231
        Fax:   877-813-1845
        Email:  jeff@ maysandkerr.com
        Email:  john@maysandkerr.com


        Counsel for Plaintiff


/s/ Larry Stine___

J. Larry Stine
Sr. Principal
Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
3400 Peachtree Rd. N.W.
Suite 400, Lenox Towers
Atlanta, GA 30326
404.365.0900 (telephone)
404.261.3707 (fax)
jls@wimlaw.com

Counsel for Defendant